**DICKINSON WRIGHT PLLC**
STEVEN A. CALOIARO
Nevada Bar No. 12344
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7500
Fax: (844) 670-6009
scaloiaro@dickinsonwright.com

KEVIN D. EVERAGE
Nevada Bar No. 15913
3883 Howard Hughes Pkwy, Suite 800
Las Vegas, Nevada 89169
Tel.: (702) 550-4426
Fax: (844) 670-6009
keverage@dickinsonwright.com

*Attorneys for Plaintiff*
*SATA GmbH & Co. KG*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SATA GmbH & Co. KG, a German corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Qingdao Hanspray New Material Technology Co., Ltd., a Chinese company; Qingdao Hanbo Plastic Technology Co. Ltd., a Chinese company; and Hanspray Industries Holding Co., Ltd., a Chinese company,<br><br>　　　　　　*Defendants*. | Case No. 2:22-cv-01832-GMN-EJY<br><br>**NOTICE OF WITHDRAWAL OF MOTION AND REQUEST TO UNSEAL CASE** |

　　　　Plaintiff SATA GmbH & Co. KG ("SATA"), by and through its counsel, hereby withdraws its Motion to Temporarily Seal Case and requests that the case be unsealed.

　　　　On November 1, 2022, SATA, by and through its counsel, filed a Motion to Temporarily Seal Case ("Motion") contemporaneously with its Complaint, to prevent Defendants from avoiding service by receiving notice of the filing prior to service attempts. The Defendants in this

action were served with the Summons, Complaint, and other case filings on November 1, 2022. As such, SATA's Motion is moot and SATA respectfully requests that the Motion be withdrawn and the case unsealed. SATA will file proof of service with the Court as soon as possible after receiving it from the process server.

DATED: this 3rd day of November, 2022

DICKINSON WRIGHT PLLC

By: /s/ *Steven A. Caloiaro*
Steven A. Caloiaro
Nevada Bar No. 12344
100 West Liberty Street, Suite 940
Reno, NV 89501
Tel: (775) 343-7500
Fax: (844) 670-6009
Email: scaloiaro@dickinsonwright.com

KEVIN D. EVERAGE
Nevada Bar No. 15913
3883 Howard Hughes Pkwy, Suite 800
Las Vegas, Nevada 89169
Tel.: (702) 550-4426
Fax: (844) 670-6009
keverage@dickinsonwright.com

*Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED.**

Dated this  15  day of November, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT