F. Christopher Austin, Esq.
Nevada Bar No. 6559
*caustin@weidemiller.com*
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: (702) 382-4804
Fax: (702) 382-4805

*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SATA GmbH & Co. KG, a German Corporation, | Case No.: 2:22-cv-01832-GMN-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND THE DEADLINE TO RESPOND TO THE COMPLAINT** |
| v. | |
| Qingdao Hanspray New Material Technology Co. a Chinese Company; Qingdao Hanbo Plastic Technology Co. Ltd., a Chinese Company; and Hanspray Industries Holdings Co., Ltd., a Chinese Company, | **(First Request)** |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 1A 6-1, Plaintiff SATA GmbH & Co. KG ("Plaintiff" or "SATA") and Defendants Qingdao Hanspray New Material Technology Co. a Chinese Company; Qingdao Hanbo Plastic Technology Co. Ltd., a Chinese Company; and Hanspray Industries Holdings Co., Ltd., a Chinese Company, (collectively "Defendants" or "Hanspray Defendants"), by and through their respective counsel of record, hereby agree and stipulate to a thirty-day extension of time for Defendants to file and serve their answers or other responses to the Complaint from the current deadline of <u>September 22, 2022</u>, up to and including <u>December 22, 2022</u>. This is the first request by the parties for such an extension.

/ / /

/ / /

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-1491                                           1

Federal Rules of Civil Procedure 6(b) provides in pertinent part that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) … if request is made, before the time or its extension expires …." Fed. R. Civ. P. 6(b).  Indeed, "[u]nder Federal Rule of Civil Procedure 6(b), the court may, for good cause, extend a deadline if a request is made "before the original time or its extension expires …. The Ninth Circuit has equated good cause with the exercise of due diligence." *Maxson v. H&R Block, Inc.*, Case No.: 2:16-cv-00152-APG-CWH, 2017 WL 1078633, at *2 (D. Nev. Mar. 21, 2017) (citations omitted).

This stipulation is made before the expiration of the "original time" and good cause exists for the stipulated extension to provide Defendants with an opportunity to consult with their undersigned Defense counsel in this matter.  This is a complex patent infringement action filed against foreign defendants all of which reside in China.  Defendants only retained the undersigned counsel a few days ago and will need additional time to consult with counsel.  This task has been rendered more complicated by the fact that such communications have and likely will continue to require the employment of translation services both for oral consultation and document review.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-1491                                                    2

For the foregoing reasons, the parties hereby stipulate to extend the deadline for the Defendants to answer or otherwise respond to the Complaint to <u>December 22, 2022</u>.

DATED: November 21, 2022.

**IT IS SO AGREED AND STIPULATED:**

DICKINSON WRIGHT PLLC

By: */s/Steven A. Caloiaro*
Steven A. Caloiaro (NVB 12344)
100 W. Liberty Street, Suite 940
Reno, NV 89501
scaloiaro@dickinsonwright.com
775-343-7500

Kevin D. Everage (NVB 15913)
3883 Howard Hughes Pkwy, Suite 800
Las Vegas, NV 89169
keverage@dickinsonwright.com

*Attorneys for Plaintiff*
*SATA GmbH & Co. KG*

WEIDE & MILLER, LTD.

By: */s/ F. Christopher Austin*
F. Christopher Austin, Esq. (NVB 6559)
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
caustin@weidemiller.com
702-382-4804

*Attorneys for Defendants, Qingdao Hanspray New Material Technology Co.; Qingdao Hanbo Plastic Technology Co. Ltd.; and Hanspray Industries Holdings Co., Ltd.*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE
DATED: November 22, 2022

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-1491                                    3