**DICKINSON WRIGHT PLLC**
STEVEN A. CALOIARO
Nevada Bar No. 12344
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7500
Fax: (844) 670-6009
scaloiaro@dickinsonwright.com

KEVIN D. EVERAGE
Nevada Bar No. 15913
3883 Howard Hughes Pkwy, Suite 800
Las Vegas, Nevada 89169
Tel.: (702) 550-4426
Fax: (844) 670-6009
keverage@dickinsonwright.com

*Attorneys for Plaintiff*
*SATA GmbH & Co. KG*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SATA GmbH & Co. KG, a German corporation,<br><br>Plaintiff,<br><br>v.<br><br>Qingdao Hanspray New Material Technology Co., Ltd., a Chinese company; Qingdao Hanbo Plastic Technology Co. Ltd., a Chinese company; and Hanspray Industries Holding Co., Ltd., a Chinese company,<br><br>*Defendants*. | Case No. 2:22-cv-01832-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES ON DEFENDANTS' MOTION TO DISMISS [ECF NO. 15]**<br><br>**(First Request)** |

Plaintiff SATA GmbH & Co. KG ("SATA") and Defendants Qingdao Hanspray New Material Technology Co., Ltd., Qingdao Hanbo Plastic Technology Co. Ltd., Hanspray Industries Holding Co., Ltd. (collectively, "Hanspray"), by and through their respective counsel, hereby stipulate that the deadline for Plaintiff to file and serve its opposition to Defendants' Motion to

Dismiss Under Rule 12 (b)(6) [ECF No. 15] (currently due on or before January 5, 2023), shall be extended by seven (7) days to January 12, 2023.

      This is the first request to extend the briefing on this Motion. This request is made in good faith to accommodate the schedules of the parties and their counsel, and is not requested for any improper purpose or delay.

DATE: January 3, 2023

DICKINSON WRIGHT PLLC

By: /s/ *Steven A. Caloiaro*
Steven A. Caloiaro
Nevada Bar No. 12344
100 West Liberty Street, Suite 940
Reno, NV 89501
Tel: (775) 343-7500
Fax: (844) 670-6009
Email: scaloiaro@dickinsonwright.com

KEVIN D. EVERAGE
Nevada Bar No. 15913
3883 Howard Hughes Pkwy, Suite 800
Las Vegas, Nevada 89169
Tel.: (702) 550-4426
Fax: (844) 670-6009
keverage@dickinsonwright.com

*Attorneys for Plaintiff*

WEIDE & MILLER, LTD.

By: /s/ *F. Christopher Austin*
F. Christopher Austin, Esq. (SBN 6559)
caustin@weidemiller.com
R. Scott Weide, Esq. (SBN 5541)
sweide@weidemiller.com
A. Gregory Gibbs, Esq. (SBN 14368)
ggibbs@weidemiller.com
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: (702) 382-4804
Fax: (702) 382-4805

*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.**

Dated this __3__ day of January, 2023.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT