F. Christopher Austin, Esq.
Nevada Bar No. 6559
*caustin@weidemiller.com*
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: (702) 382-4804
Fax: (702) 382-4805

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SATA GmbH & Co. KG, a German Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Qingdao Hanspray New Material Technology Co. a Chinese Company; Qingdao Hanbo Plastic Technology Co. Ltd., a Chinese Company; and Hanspray Industries Holdings Co., Ltd., a Chinese Company,<br><br>Defendants. | Case No.: 2:22-cv-01832-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**(First Request)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 1A 6-1, Plaintiff SATA GmbH & Co. KG ("Plaintiff" or "SATA") and Defendants Qingdao Hanspray New Material Technology Co. a Chinese Company; Qingdao Hanbo Plastic Technology Co. Ltd., a Chinese Company; and Hanspray Industries Holdings Co., Ltd., a Chinese Company, (collectively "Defendants" or "Hanspray Defendants"), by and through their respective counsel of record, hereby agree and stipulate to a 14-day extension of time for Defendants to file and serve their Reply brief in support of Defendant's Motion to Dismiss (ECF 15) from the current deadline of January 26, 2023, up to and including February 9, 2023. This is the first request by the parties for such an extension.

/ / /

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-1491

1

1   Federal Rules of Civil Procedure 6(b) provides in pertinent part that "[w]hen an act may
2   or must be done within a specified time, the court may, for good cause, extend the time: (A) … if
3   request is made, before the time or its extension expires …." Fed. R. Civ. P. 6(b).  Indeed, "[u]nder
4   Federal Rule of Civil Procedure 6(b), the court may, for good cause, extend a deadline if a request
5   is made "before the original time or its extension expires …. The Ninth Circuit has equated good
6   cause with the exercise of due diligence." *Maxson v. H&R Block, Inc.*, Case No.: 2:16-cv-00152-
7   APG-CWH, 2017 WL 1078633, at *2 (D. Nev. Mar. 21, 2017) (citations omitted).

8   This stipulation is made before the expiration of the "original time" and good cause exists
9   for the stipulated extension to provide Defendants with an opportunity to consult with their
10  undersigned Defense counsel in this matter.  Defendants who are all Chinese entities are currently
11  closed in connection with the Chinese New Year Holiday and will not be able to consult with
12  counsel with regard to the Reply to the Opposition to Defendants' Motion to Dismiss (ECF 20)
13  in this patent infringement action until Defendants' business re-open next week.  Further, because
14  such communications have, and likely will continue to, require the employment of translation
15  services both for oral consultation and document review, such additional time is required.
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-1491

For the foregoing reasons, the parties hereby stipulate to extend the deadline for the Defendants to file its Reply in support of its Motion to Dismiss to February 9, 2023.

DATED: January 26, 2023.

**IT IS SO AGREED AND STIPULATED:**

| **DICKINSON WRIGHT PLLC** | **WEIDE & MILLER, LTD.** |
|---|---|
| By: */s/Steven A. Caloiaro*<br>Steven A. Caloiaro (NVB 12344)<br>100 W. Liberty Street, Suite 940<br>Reno, NV 89501<br>scaloiaro@dickinsonwright.com<br>775-343-7500<br><br>Kevin D. Everage (NVB 15913)<br>3883 Howard Hughes Pkwy, Suite 800<br>Las Vegas, NV 89169<br>keverage@dickinsonwright.com<br><br>*Attorneys for Plaintiff*<br>*SATA GmbH & Co. KG* | By: */s/ F. Christopher Austin*<br>F. Christopher Austin, Esq. (NVB 6559)<br>10655 Park Run Drive, Suite 100<br>Las Vegas, NV 89144<br>caustin@weidemiller.com<br>702-382-4804<br><br>*Attorneys for Defendants, Qingdao Hanspray New Material Technology Co.; Qingdao Hanbo Plastic Technology Co. Ltd.; and Hanspray Industries Holdings Co., Ltd.* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 27, 2023

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-1491

3