**DICKINSON WRIGHT PLLC**
STEVEN A. CALOIARO
Nevada Bar No. 12344
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7500
Fax: (844) 670-6009
scaloiaro@dickinsonwright.com

KEVIN D. EVERAGE
Nevada Bar No. 15913
3883 Howard Hughes Pkwy, Suite 800
Las Vegas, Nevada 89169
Tel.: (702) 550-4426
Fax: (844) 670-6009
keverage@dickinsonwright.com

*Attorneys for Plaintiff*
*SATA GmbH & Co. KG*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SATA GmbH & Co. KG, a German corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>Qingdao Hanspray New Material Technology Co., Ltd., a Chinese company; Qingdao Hanbo Plastic Technology Co. Ltd., a Chinese company; and Hanspray Industries Holding Co., Ltd. , a Chinese company,<br><br>*Defendants*. | Case No. 2:22-cv-01832-GMN-EJY<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE STAY AND [PROPOSED] ORDER** |

Pursuant to this Court's Orders (ECF Nos. 31 & 32), Plaintiff SATA GmbH & Co. KG ("SATA") and Defendants Qingdao Hanspray New Material Technology Co., Ltd., Qingdao Hanbo Plastic Technology Co. Ltd., Hanspray Industries Holding Co., Ltd. (collectively, "Hanspray" and together with SATA, the "Parties"), by and through their respective counsel, hereby submit their Joint Status Report and Request to Continue Stay.

The Parties are still in the process of negotiating a business resolution of the existing dispute. Due to the complex nature of the agreement, the Parties request an additional ninety (90) days to finalize the agreement and file dismissal papers.

DATE: March 20, 2024

| DICKINSON WRIGHT PLLC | WEIDE & MILLER, LTD. |
|---|---|
| By: /s/ *Steven A. Caloiaro*<br>Steven A. Caloiaro<br>Nevada Bar No. 12344<br>100 West Liberty Street, Suite 940<br>Reno, NV 89501<br>Tel: (775) 343-7500<br>Fax: (844) 670-6009<br>Email: scaloiaro@dickinsonwright.com<br><br>KEVIN D. EVERAGE<br>Nevada Bar No. 15913<br>3883 Howard Hughes Pkwy, Suite 800<br>Las Vegas, Nevada 89169<br>Tel.: (702) 550-4426<br>Fax: (844) 670-6009<br>keverage@dickinsonwright.com<br><br>*Attorneys for Plaintiff* | By: /s/ *F. Christopher Austin*<br>F. Christopher Austin, Esq. (SBN 6559)<br>caustin@weidemiller.com<br>R. Scott Weide, Esq. (SBN 5541)<br>sweide@weidemiller.com<br>A. Gregory Gibbs, Esq. (SBN 14368)<br>ggibbs@weidemiller.com<br>10655 Park Run Drive, Suite 100<br>Las Vegas, NV 89144<br>Tel: (702) 382-4804<br>Fax: (702) 382-4805<br><br>*Attorneys for Defendants* |

**ORDER**

**IT IS SO ORDERED.**

Dated this 20 day of March, 2024.

_____
United States District Judge