**DICKINSON WRIGHT PLLC**
STEVEN A. CALOIARO
Nevada Bar No. 12344
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7500
Fax: (844) 670-6009
scaloiaro@dickinsonwright.com

KEVIN D. EVERAGE
Nevada Bar No. 15913
3883 Howard Hughes Pkwy, Suite 800
Las Vegas, Nevada 89169
Tel.: (702) 550-4426
Fax: (844) 670-6009
keverage@dickinsonwright.com

*Attorneys for Plaintiff*
*SATA GmbH & Co. KG*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SATA GmbH & Co. KG, a German corporation,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>Qingdao Hanspray New Material Technology Co., Ltd., a Chinese company; Qingdao Hanbo Plastic Technology Co. Ltd., a Chinese company; and Hanspray Industries Holding Co., Ltd., a Chinese company,<br><br>　　　　*Defendants*. | Case No. 2:22-cv-01832-GMN-EJY<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE STAY AND [PROPOSED] ORDER**<br><br>**[Fourth Request]** |

Plaintiff SATA GmbH & Co. KG ("SATA") and Defendants Qingdao Hanspray New Material Technology Co., Ltd., Qingdao Hanbo Plastic Technology Co. Ltd., Hanspray Industries Holding Co., Ltd. (collectively, "Hanspray" and together with SATA, the "Parties"), by and through their respective counsel, hereby submit their Joint Status Report and Request to Continue Stay.

On June 18, 2024, the Parties submitted a Joint Status Report and Request to Continue Stay [Third Request], requesting that the stay be continued for an additional fourteen (14) days to finalize the Settlement Agreement and file dismissal papers. (ECF No. 35.) The Court granted the Request on June 18, 2024, making the dismissal papers due July 2, 2024. (ECF No. 36.) The Parties are in the process of finalizing a written settlement agreement, and are still awaiting final confirmation and subsequent client signatures. Therefore, the Parties respectfully request an additional fourteen (14) days to file the dismissal papers.

DATE: July 2, 2024

| DICKINSON WRIGHT PLLC | WEIDE & MILLER, LTD. |
|---|---|
| By: /s/ *Steven A. Caloiaro* <br> Steven A. Caloiaro <br> Nevada Bar No. 12344 <br> 100 West Liberty Street, Suite 940 <br> Reno, NV 89501 <br> Tel: (775) 343-7500 <br> Fax: (844) 670-6009 <br> Email: scaloiaro@dickinsonwright.com <br><br> KEVIN D. EVERAGE <br> Nevada Bar No. 15913 <br> 3883 Howard Hughes Pkwy, Suite 800 <br> Las Vegas, Nevada 89169 <br> Tel.: (702) 550-4426 <br> Fax: (844) 670-6009 <br> keverage@dickinsonwright.com <br><br> *Attorneys for Plaintiff* | By: /s/ *F. Christopher Austin (with permission)* <br> F. Christopher Austin, Esq. (SBN 6559) <br> caustin@weidemiller.com <br> R. Scott Weide, Esq. (SBN 5541) <br> sweide@weidemiller.com <br> A. Gregory Gibbs, Esq. (SBN 14368) <br> ggibbs@weidemiller.com <br> 10655 Park Run Drive, Suite 100 <br> Las Vegas, NV 89144 <br> Tel: (702) 382-4804 <br> Fax: (702) 382-4805 <br><br> *Attorneys for Defendants* |

**ORDER**

**IT IS SO ORDERED.**

Dated this __3__ day of ____July____, 2024.

_____
United States District Judge

Page 2 of 2