F. Christopher Austin, Esq. (SBN 6559)
caustin@weidemiller.com
R. Scott Weide, Esq. (SBN 5541)
sweide@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: (702) 382-4804
Fax: (702) 382-4805

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SATA GmbH & Co. KG, a German corporation,<br><br>       *Plaintiff*,<br><br>      v.<br><br>Qingdao Hanspray New Material Technology Co., Ltd., a Chinese company; Qingdao Hanbo Plastic Technology Co. Ltd., a Chinese company; and Hanspray Industries Holding Co., Ltd. , a Chinese company,<br><br>      *Defendants*. | Case No. 2:22-cv-01832-GMN-EJY<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE STAY AND ORDER**<br><br>**[Fifth Request]** |

Plaintiff SATA GmbH & Co. KG ("SATA") and Defendants Qingdao Hanspray New Material Technology Co., Ltd., Qingdao Hanbo Plastic Technology Co. Ltd., Hanspray Industries Holding Co., Ltd. (collectively, "Hanspray" and together with SATA, the "Parties"), by and through their respective counsel, hereby submit their Joint Status Report and Request to Continue Stay.

On July 2, 2024, the Parties submitted a Joint Status Report and Request to Continue Stay [Fourth Request], requesting that the stay be continued for an additional fourteen (14) days to finalize the Settlement Agreement and file dismissal papers. (ECF No. 35.) The Court granted the Request on July 3, 2024, making the dismissal papers due July 16, 2024. (ECF No. 36.) The Parties are close to finalizing a written settlement agreement with a good faith expectation of

1   resolving the dispute between them.   However, the technical challenge of negotiating and

2   preparing a legally binding document in English and under U.S. law with international parties

3   (including the translations) has taken more time than counsel expected.  Accordingly, the Parties

4   respectfully request an additional fourteen (14) days to July 30, 2024, to file the dismissal papers.

5

6   DATE: July 16, 2024

7

8   DICKINSON WRIGHT PLLC                    WEIDE & MILLER, LTD.

9   By: /s/ Steven A. Caloiaro               By: /s/ F. Christopher Austin
    Steven A. Caloiaro                       F. Christopher Austin, Esq. (SBN 6559)
10  Nevada Bar No. 12344                     caustin@weidemiller.com
    100 West Liberty Street, Suite 940       R. Scott Weide, Esq. (SBN 5541)
11  Reno, NV 89501                           sweide@weidemiller.com
    Tel: (775) 343-7500                      A. Gregory Gibbs, Esq. (SBN 14368)
12  Fax: (844) 670-6009                      ggibbs@weidemiller.com
    Email: scaloiaro@dickinsonwright.com     10655 Park Run Drive, Suite 100
13                                           Las Vegas, NV 89144
    KEVIN D. EVERAGE                         Tel: (702) 382-4804
14  Nevada Bar No. 15913                     Fax: (702) 382-4805
    3883 Howard Hughes Pkwy, Suite 800
15  Las Vegas, Nevada 89169                  Attorneys for Defendants
    Tel.: (702) 550-4426
16  Fax: (844) 670-6009
    keverage@dickinsonwright.com
17
18  Attorneys for Plaintiff

19
                              **ORDER**
20

21                            **IT IS SO ORDERED.**

22                            Dated this 18 day of ____July____, 2024.

23

24

25                            United States District Judge

26

27

28