```
1  F. Christopher Austin, Esq. (SBN 6559)
   caustin@weidemiller.com
2  R. Scott Weide, Esq. (SBN 5541)
   sweide@weidemiller.com
3  WEIDE & MILLER, LTD.
   10655 Park Run Drive, Suite 100
4  Las Vegas, NV 89144
   Tel: (702) 382-4804
5  Fax: (702) 382-4805

6  Attorneys for Defendants
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SATA GmbH & Co. KG, a German corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>Qingdao Hanspray New Material Technology Co., Ltd., a Chinese company; Qingdao Hanbo Plastic Technology Co. Ltd., a Chinese company; and Hanspray Industries Holding Co., Ltd. , a Chinese company,<br><br>*Defendants*. | Case No. 2:22-cv-01832-GMN-EJY<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE STAY AND ORDER**<br><br>**[Sixth Request]** |

Plaintiff SATA GmbH & Co. KG ("SATA") and Defendants Qingdao Hanspray New Material Technology Co., Ltd., Qingdao Hanbo Plastic Technology Co. Ltd., Hanspray Industries Holding Co., Ltd. (collectively, "Hanspray" and together with SATA, the "Parties"), by and through their respective counsel, hereby submit their Joint Status Report and Request to Continue Stay.

On July 16, 2024, the Parties submitted a Joint Status Report and Request to Continue Stay [Fifth Request], requesting that the stay be continued for an additional fourteen (14) days to finalize the Settlement Agreement and file dismissal papers. (ECF No. 39.) The Court granted the Request on July 18, 2024, making the dismissal papers due July 30, 2024. (ECF No. 40.) While the Parties are close to finalizing a written settlement agreement with a good faith expectation of resolving

the dispute between them, they have underestimated some of the unforeseen challenges associated with finalizing an international transaction. In an attempt to provide the time required to complete this transaction, the Parties respectfully request an additional two months to September 30, 2024, to file the dismissal papers.

DATE: July 30, 2024

| DICKINSON WRIGHT PLLC | WEIDE & MILLER, LTD. |
|---|---|
| By: /s/ Steven A. Caloiaro<br>Steven A. Caloiaro<br>Nevada Bar No. 12344<br>100 West Liberty Street, Suite 940<br>Reno, NV 89501<br>Tel: (775) 343-7500<br>Fax: (844) 670-6009<br>Email: scaloiaro@dickinsonwright.com<br><br>KEVIN D. EVERAGE<br>Nevada Bar No. 15913<br>3883 Howard Hughes Pkwy, Suite 800<br>Las Vegas, Nevada 89169<br>Tel.: (702) 550-4426<br>Fax: (844) 670-6009<br>keverage@dickinsonwright.com<br><br>*Attorneys for Plaintiff* | By: /s/ F. Christopher Austin<br>F. Christopher Austin, Esq. (SBN 6559)<br>caustin@weidemiller.com<br>R. Scott Weide, Esq. (SBN 5541)<br>sweide@weidemiller.com<br>A. Gregory Gibbs, Esq. (SBN 14368)<br>ggibbs@weidemiller.com<br>10655 Park Run Drive, Suite 100<br>Las Vegas, NV 89144<br>Tel: (702) 382-4804<br>Fax: (702) 382-4805<br><br>*Attorneys for Defendants* |

### ORDER

**IT IS SO ORDERED.**

Dated this 31 day of July, 2024.

_____
United States District Judge