**DICKINSON WRIGHT PLLC**
STEVEN A. CALOIARO
Nevada Bar No. 12344
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7500
Fax: (844) 670-6009
scaloiaro@dickinsonwright.com

KEVIN D. EVERAGE
Nevada Bar No. 15913
3883 Howard Hughes Pkwy, Suite 800
Las Vegas, Nevada 89169
Tel.: (702) 550-4426
Fax: (844) 670-6009
keverage@dickinsonwright.com

*Attorneys for Plaintiff*
*SATA GmbH & Co. KG*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SATA GmbH & Co. KG, a German corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>Qingdao Hanspray New Material Technology Co., Ltd., a Chinese company; Qingdao Hanbo Plastic Technology Co. Ltd., a Chinese company; and Hanspray Industries Holding Co., Ltd. , a Chinese company,<br><br>*Defendants*. | Case No. 2:22-cv-01832-GMN-EJY<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff SATA GmbH & Co. KG and Defendants Qingdao Hanspray New Material Technology Co., Ltd., Qingdao Hanbo Plastic Technology Co. Ltd., Hanspray Industries Holding Co., Ltd. in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly stipulate to dismissal of all claims without prejudice and without an award of attorneys' fees or costs to any party and state as follows:

1. The parties have settled their dispute and entered into a confidential settlement agreement, and they jointly wish to dismiss this case without prejudice, without an award of

attorneys' fees or costs to any party, and with each party to pay its own costs and attorneys' fees.

2. As required by Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this stipulation for dismissal is signed by all parties who have appeared in the action or by their attorneys.

WHEREFORE, the parties ask this Court to dismiss this case without prejudice, without an award of attorneys' fees or costs to any party, and with each party to pay its own costs and attorneys' fees.

DATE: October 4, 2024

DICKINSON WRIGHT PLLC

By: /s/ *Steven A. Caloiaro*
Steven A. Caloiaro
Nevada Bar No. 12344
100 West Liberty Street, Suite 940
Reno, NV 89501
Tel: (775) 343-7500
Fax: (844) 670-6009
Email: scaloiaro@dickinsonwright.com

KEVIN D. EVERAGE
Nevada Bar No. 15913
3883 Howard Hughes Pkwy, Suite 800
Las Vegas, Nevada 89169
Tel.: (702) 550-4426
Fax: (844) 670-6009
keverage@dickinsonwright.com

*Attorneys for Plaintiff*

WEIDE & MILLER, LTD.

By: /s/ *F. Christopher Austin (with permission)*
F. Christopher Austin, Esq. (SBN 6559)
caustin@weidemiller.com
R. Scott Weide, Esq. (SBN 5541)
sweide@weidemiller.com
A. Gregory Gibbs, Esq. (SBN 14368)
ggibbs@weidemiller.com
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: (702) 382-4804
Fax: (702) 382-4805

*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.**

Dated this __7__ day of ____October____, 2024.

_____
United States District Judge